RAEDER et al. v. KAUFFMAN. (Circuit Court of Appeals, Eighth Circuit. December 8, 1902.) No. 1,718. In Error to the Circuit Court of the United States for the Eastern District of Missouri. Robert L. McLaran, William E.

Garvin, and James P. Dawson, for plaintiffs in error. J. E. McKeighan and M. F. Watts, for defendant in error. Affirmed, with costs, on authority of decision on former writ of error in Kauffman v. Raeder et al., 108 Fed. 171.